UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| KIMBERLY D. CROSSON, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 1:21-CV-00049-LEW |
| JEFFREY KEATEN, | ) ) ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

On May 4, 2021, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision to dismiss this matter for lack of prosecution. The time in which to file objections expired with no objection being filed. The Magistrate Judge notified the parties that failure to object would waive the right to *de novo* review and appeal of his recommendation.

The Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

Dated this 15th day of June, 2021.

                                                            /s/ Lance E. Walker  
                                                        UNITED STATES DISTRICT JUDGE